**Ford & Parker Teaming Company, appellee, v. Tractor Transport Company, appellant. Gen. No. 24,061.**

Action to recover for damages caused by collision between two trucks. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

MacChesney, Becker, Angerstein & Rollo, for appellant; Nathan William MacChesney, Thomas C. Angerstein, Robert P. Rollo and George W. Angerstein, of counsel. Garnett & Garnett, for appellee; Cyrus L. Garnett, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**Mae E. Graborski, appellee, v. Chicago Auto Sales Company, appellant. Gen. No. 24,082.**

Action for breach of contract in sale of automobile below minimum authorized price. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

Marshall E. Gallion, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**City of Chicago, defendant in error, v. John W. Stamos, plaintiff in error. Gen. No. 24,005.**

Action to recover a penalty for violation of section 2019 of the Revised Municipal Code of Chicago, prohibiting disorderly houses. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

Peden, Kahn & Murphy, for plaintiff in error; R. C. Merrick, of counsel. Samuel A. Ettelson and Harry B. Miller, for defendant in error; Daniel Webster, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**D. M. Crane et al., trading as A. E. Peters & Company, plaintiffs in error, v. Max L. Teich and Carl C. Roessler, defendants in error. Gen. No. 24,015.**

Bill to foreclose mechanic's lien. Decree for complainant McKean for $28 and bill dismissed as to other complainants. Error to the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

John B. Dandridge, for plaintiffs in error. A. G. Dicus, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.